FILED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**   AUG 1 9 2013

Marlene Cox Schneider et al,        )
                                    )
        Plaintiff(s),               )
                                    )
                                    )
    v.                              )          No. _____
                                    )
BJC HealthCare System et. al    ,   )
                                    )
        Defendant(s).               )

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## MOTION TO PROCEED IN FORMA PAUPERIS
## AND FINANCIAL AFFIDAVIT

I, _Marlene Cox Schneider_, hereby apply for leave to proceed in

this action without prepayment of fees or costs and without giving security therefor.  In support

of this application, I declare that the following facts are true:

(1)    I am the plaintiff in this case and I believe I am entitled to relief.

(2)    Because of my poverty I am unable to prepay the costs of this
proceeding or to give security therefor.

(3)    The nature of my action, defense, or appeal is briefly stated as
follows:

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_August 19_, 20 _13_.

_Marlene C Schneider_
Signature of plaintiff