UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARLENE COX SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1617 TIA |
| | ) | |
| BJC HEALTHCARE SYSTEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis and for review of Plaintiff's complaint under 28 U.S.C. § 1915(e). Plaintiff qualifies to proceed in forma pauperis, and the Court will allow this case to proceed without payment of the filing fee.

Upon review of the complaint, it is apparent that a lay person, Mr. Paul S. Schneider, Jr., has brought this case on behalf of Plaintiff Marlene Schneider. Mr. Schneider signed the complaint "Attorney in fact pro se, Private Attorney General by law." Ms. Schneider did not sign the complaint.

The Court will dismiss this action because a lay person cannot represent another individual in federal court. See 28 U.S.C. § 1654 ("the parties may plead and conduct their own cases personally or by counsel").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED** as moot.

Dated this 20th day of August, 2013.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE