# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

MARLENE COX SCHNEIDER,               )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        No. 4:13CV1617 TIA
                                     )
BJC HEALTHCARE SYSTEM, et al.,       )
                                     )
                    Defendants.      )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 20th day of August, 2013.


AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE